**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**SEARCY INVESTMENTS, LLC** **PLAINTIFF**

**v.** **Case No. 4:24-cv-00793 KGB**

**OWNERS INSURANCE COMPANY** **DEFENDANT**

**ORDER**

Before the Court is the parties' joint stipulation of dismissal (Dkt. No. 34). This stipulation accords with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the joint stipulation of dismissal (*Id.*). The Court removes the trial of this matter from the Court's May 10, 2027, trial calendar and dismisses the action with prejudice, with each party to bear its own attorney's fees, expert fees, and legal costs.

It is so ordered this 2nd day of November, 2026.

Kristine G. Baker
Chief United States District Judge